WOOLWORTH v. STAR CO. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Frank W. Woolworth against the Star Company. No opinion. Motion denied, with $10 costs.

WORLD'S DISPENSARY MEDICAL ASS'N, Respondent, v. CURTIS PUB. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by the World's Dispensary Medical Association against the Curtis Publishing Company. No opinion. Order affirmed, with $10 costs and disbursements.

W. P. DAVIS CO., Respondent, v. ROBINSON. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by the W. P. Davis Company against Harry Robinson, individually, etc. No opinion. Having been twice passed, the appeal herein is dismissed, with costs, pursuant to rule 39 of the general rules of the Supreme Court.

W. P. DAVIS MACH. CO., Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by the W. P. Davis Machine Company against Harry Robinson, individually, etc. No opinion. Having been twice passed, the appeal herein is dismissed, with costs, pursuant to rule 39 of the general rules of the Supreme court.

W. S. TYLER CO., Appellant, v. THOMAS W. FINUCANE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by the W. S. Tyler Company against the Thomas W. Finucane Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion for extension of time to answer denied, upon the ground that the order appealed from amounted practically to a stay of proceedings in the action, and therefore any discretion which the court may have had to extend the time to answer was improperly exercised. The defendant is allowed 10 days from the date of service of a copy of this order, together with notice of entry thereof, in which to serve its answer.

McLENNAN, P. J., not voting.

In re YOUNG. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) In the matter of the application of Jacob Young for a writ of habeas corpus.

PER CURIAM. Order affirmed, with costs.

WILLIAMS, J., not voting.

YOUNG v. BRITISH AMERICA ASSUR. CO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by John C. Young against the British America Assurance Company. No opinion. Motion granted, with $10 costs.

YOUNG v. COMMERCIAL UNION ASSUR. CO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by John C. Young against the Commercial Union Assurance Company. No opinion. Motion granted, with $10 costs.

YOUNG, Respondent, v. EQUITABLE LIFE ASSUR. SOC. OF UNITED STATES, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Kathrine Young against the Equitable Life Assurance Society of the United States.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, J., dissents.

YOUNG v. GAMBLE et al. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Elizabeth Gamble Young against Frederick S. Gamble and another.

PER CURIAM. Judgment ordered in favor of plaintiff as follows: First, that James H. Gamble, in his last will and testament, conferred a power of appointment upon Charlotte M. Gamble; second, that Charlotte M. Gamble, in her last will and testament, made a valid execution of such power of appointment; third, that Frederick S. Gamble is entitled, upon distribution, to a legacy of $2,000, and that all the rest, residue, and remainder of both the personal and real estate of James H. Gamble and Charlotte M. Gamble passes to the plaintiff, Elizabeth Gamble Young, in her administrative and individual capacities, respectively. No costs allowed either party on this submission.

YOUNG v. HANOVER FIRE INS. CO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by John C. Young against the Hanover Fire Insurance Company. No opinion. Motion granted, with $10 costs.

YOUNG v. NATIONAL FIRE INS. CO. OF HARTFORD. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by John C. Young against National Fire Insurance Company of Hartford. No opinion. Motion granted, with $10 costs.

YOUNG v. STUYVESANT INS. CO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by John C. Young against the Stuyvesant Insurance Company. No opinion. Motion granted, with $10 costs.